IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>NB SHADES, LLC, C.L.O COMPANY LLC, and BLUEBONNET CUT & SEW, LLC<br><br>    Defendants. | Civil Action No: 6:24-cv-00297-AM<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF SHIBUMI SHADE, INC.'S AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT BLUEBONNET CUT & SEW, LLC TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Shibumi Shade, Inc. ("Shibumi") requests a thirty (30) day extension of time for Defendant Bluebonnet Cut & Sew, LLC ("Bluebonnet") to file an answer, move or otherwise plead in response to the Amended Complaint. The requested extension will allow Bluebonnet up to and including December 5, 2024 to file an answer, move under Federal Rule of Civil Procedure 12, or otherwise respond.

The Parties agree to this requested extension.

WHEREFORE, Plaintiff Shibumi Shade, Inc. respectfully requests that the time for Defendant Bluebonnet Cut & Sew, LLC to answer, move under Federal Rule of Civil Procedure 12, or otherwise respond to Shibumi's Amended Complaint be extended to December 5, 2024.

Dated: November 5, 2024

Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.

7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 862-7527
Facsimile: (404) 879-2966
Preston.heard@wbd-us.com
Christine.Dupriest@wbd-us.com

Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5802
Julie.Giardina@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

*/s/ Brandon Crisp*\_\_\_\_
Brandon Crisp
Terrazas PLLC
1001 S. Capital of Texas Hwy, Bldg. L, Suite 250
Austin, Texas 78746
Telephone: (979) 574-6953
bcrisp@terrazaspllc.com

***Attorney for Defendant Bluebonnet Cut & Sew, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 5, 2024, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Eric H. Findlay*
Eric H. Findlay