# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC. <br><br> Plaintiff, <br><br> v. <br><br> NB SHADES, LLC, C.L.O COMPANY LLC, and BLUEBONNET CUT & SEW, LLC <br><br> Defendants. | Civil Action No: 6:24-cv-00297-AM <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Shibumi Shade, Inc.'s ("Shibumi") Agreed Motion for Extension of Time for Defendant Bluebonnet Cut & Sew, LLC to Answer, Move or Otherwise Respond to the Complaint. The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that Defendant Bluebonnet Cut & Sew, LLC shall have until and through December 5, 2024 to answer, move under Federal Rule of Civil Procedure 12, or otherwise respond to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2024.

_____
CHIEF JUDGE ALIA MOSES
UNITED STATES DISTRICT JUDGE