# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC.<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NB SHADES, LLC, C.L.O COMPANY LLC, and BLUEBONNET CUT & SEW, LLC<br><br>　　　Defendants. | Civil Action No: 6:24-cv-00297-AM<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF SHIBUMI SHADE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION BRIEFS TO DEFENDANT NB SHADES, LLC'S MOTION TO DISMISS OR ALTERNATIVELY TRANSFER FOR IMPROPER VENUE (DKT. 32) AND MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. 33)**

COMES NOW Plaintiff Shibumi Shade, Inc. ("Shibumi") and respectfully requests a two (2) week extension of time to file its Opposition Briefs to Defendant NB Shades, LLC's ("NB Shades") Motion to Dismiss or Alternatively Transfer for Improper Venue (Dkt. 32) and Motion for Attorneys' Fees and Costs (Dkt. 33) (collectively, "Motions"). The current deadline for Shibumi to file its Opposition Briefs is November 7, 2024. Shibumi requests this deadline be extended to November 21, 2024.

I.

On October 24, 2024, NB Shades filed its Motions (Dkt. 32 and 33). Pursuant to the Local Rules, Shibumi has fourteen (14) days to file its Opposition Briefs to NB Shades' Motions. Shibumi respectfully requests a two (2) week extension to file its Opposition Briefs to NB Shades' Motions.

II.

Counsel for Shibumi has corresponded with NB Shades' counsel regarding Shibumi's requested extension and NB Shades does not oppose Shibumi's request.

WHEREFORE, Plaintiff Shibumi Shade, Inc. requests that the Court extend the current deadline for Shibumi to file its Opposition Briefs to NB Shades' Motion to Dismiss or Alternatively Transfer for Improper Venue (Dkt. 32) and Motion for Attorneys' Fees and Costs (Dkt. 33) to November 21, 2024.

| | |
|---|---|
| Dated: November 5, 2024 | Respectfully submitted, |

/s/ *Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 862-7527
Facsimile: (404) 879-2966
Preston.heard@wbd-us.com
Christine.Dupriest@wbd-us.com

Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202

Telephone: (410) 545-5802
Julie.Giardina@wbd-us.com

***Attorneys for Plaintiff Shibumi Shade, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 5, 2024, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Eric H. Findlay*
Eric H. Findlay