IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC.<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NB SHADES, LLC, C.L.O COMPANY LLC, and BLUEBONNET CUT & SEW, LLC<br><br>　　　Defendants. | Civil Action No: 6:24-cv-00297-AM<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff Shibumi Shade, Inc.'s ("Shibumi") Unopposed Motion for Extension of Time to File Opposition Briefs to Defendant NB Shades, LLC's Motion to Dismiss or Alternatively Transfer for Improper Venue (Dkt. 32) and Motion for Attorneys' Fees and Costs (Dkt. 33). The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that Plaintiff Shibumi Shade, Inc. shall have until and through November 21, 2024 to file Opposition Briefs to Defendant NB Shades, LLC's Motion to Dismiss or Alternatively Transfer for Improper Venue (Dkt. 32) and Motion for Attorneys' Fees and Costs (Dkt. 33).

　　　IT IS SO ORDERED.

　　　SIGNED this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHIEF JUDGE ALIA MOSES
　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE