IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC.<br><br>Plaintiff,<br><br>v.<br><br>NB SHADES, LLC, C.L.O COMPANY LLC, and BLUEBONNET CUT & SEW, LLC<br><br>Defendants. | Civil Action No: 6:24-cv-00297-AM<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL REGARDING DEFENDANT C.L.O COMPANY LLC

Pursuant to Federal Rule 41 (a)(1)(A)(i), Plaintiff Shibumi Shade, Inc., hereby voluntarily dismisses all claims in its Complaint in this action WITHOUT PREJUDICE against Defendant C.L.O Company LLC, with each party to bear its own costs, expenses and attorneys' fees. Defendant C.L.O Company LLC has neither filed an Answer nor filed a motion for Summary Judgment in this matter.

Dated: November 5, 2024

Respectfully submitted,

/s/ *Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 862-7527
Facsimile: (404) 879-2966
Preston.heard@wbd-us.com
Christine.Dupriest@wbd-us.com

Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5802
Julie.Giardina@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through the Court's CM/ECF on this 5th day of November.

*/s/ Eric H. Findlay*
Eric H. Findlay
