# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC. <br><br> Plaintiff, <br><br> v. <br><br> NB SHADES, LLC, C.L.O COMPANY LLC, and BLUEBONNET CUT & SEW, LLC <br><br> Defendants. | Civil Action No: 6:24-cv-00297-AM <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL REGARDING DEFENDANT BLUEBONNET CUT & SEW, LLC

Pursuant to Federal Rule 41(a)(1)(A)(i), Plaintiff Shibumi Shade, Inc., hereby voluntarily dismisses all claims in its Amended Complaint in this action WITHOUT PREJUDICE against Defendant Bluebonnet Cut & Sew, LLC, with each party to bear its own costs, expenses and attorneys' fees. Defendant Bluebonnet Cut & Sew, LLC has neither filed an Answer nor filed a motion for Summary Judgment in this matter.

Dated: November 11, 2024

Respectfully submitted,

/s/ *Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 862-7527
Facsimile: (404) 879-2966
Preston.heard@wbd-us.com
Christine.Dupriest@wbd-us.com

Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5802
Julie.Giardina@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through the Court's CM/ECF on this 11th day of November, 2024.

*/s/ Eric H. Findlay*
Eric H. Findlay