AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | ) | |
|---|---|---|
| Shibumi Shade, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:24-cv-00297-AM |
| NB Shades, LLC, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant C.L.O. Company LLC has been dismissed without prejudice pursuant to Federal Rule 41 (a)(1)(A)(i), with each party to bear its own costs, expenses and attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Alia Moses  pursuant to a NOTICE of Voluntary Dismissal by Shibumi Shade, Inc. dated 11/5/24.

Date:  11/05/2024

CLERK OF COURT

L Diaz

*Signature of Clerk or Deputy Clerk*